IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01517-MSK-BNB

ANGIE ASHLEY,

    Plaintiff,

v.

TORMEY BEWLEY CORPORATION, a Colorado corporation,

    Defendant.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice Defendant Healthcare Collections, Ltd Only (Motion) **(#18)** filed September 24, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted against Healthcare Collections, LTD are hereby dismissed with prejduce.  Each party to pay its own fees and costs.  All future captions shall omit Healthcare Collections, LTD.

DATED this 24th day of September, 2012.

                        **BY THE COURT:**

                        _____
                        Marcia S. Krieger
                        United States District Judge