IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01517-BNB

ANGIE ASHLEY,

Plaintiff,

v.

TORMEY BEWLEY CORPORATION, a Colorado corporation,

Defendants.

_____

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE
_____

Pursuant to 28 U.S.C. §636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), the randomly designated magistrate judge shall conduct proceedings in this civil action as follows:

Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the designated magistrate judge or on the request of the parties by motion, the court may direct the parties to engage in an early neutral evaluation, settlement conference, or other alternative dispute resolution proceeding.

Dated September 25, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge