IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01517-BNB-MJW

ANGIE ASHLEY,

Plaintiff,

v.

TORMEY BEWLEY CORPORATION, a Colorado corporation,

Defendants.

---

**ORDER**

---

IT IS ORDERED that counsel and the parties are granted leave to discuss this matter with members of the jury, should the members choose to do so.

Dated February 12, 2013.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge