IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 12-cv-01517-BNB-MJW

Angie Ashley,

    Plaintiff,

v.

Tormey Bewley Corporation,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial on February 12, 2013, counsel for the plaintiff shall retain custody of the joint exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 12th day of February, 2013.

BY THE COURT:

_____
Boyd N. Boland, Magistrate Judge

APPROVED AS TO FORM:

_____      _____
ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANT